1 | CARMEN A. TRUTANICH, City Attorney (SBN 86629x)
GARY G. GEUSS, Chief Assistant City Attorney (SBN 128022)
2 | DANIEL P. AGUILERA, Supervising Deputy City Attorney (SBN 108159)
**JENNIFER S. PUCHER, Deputy City Attorney - SBN 223390**
3 | 200 North Main Street
City Hall East, 7th Floor
4 | Los Angeles, California  90012-4131
Tel:    (213) 978-8293
5 | Fax:   (213) 978-8216

6 | Attorneys for Defendants,
City of Los Angeles, Chief William Bratton,
7 | Commander Stuart Maislin, and Gerald Chaleff
(erroneously entitled, "Los Angeles Police Department")

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA ANDERSON, | Case No.  CV11-00039 SVW (AGRx) |
| Plaintiff, | |
| vs. | |
| LOS ANGELES POLICE DEPARTMENT, CITY OF LOS ANGELES, CHIEF WILLIAM BRATTON, COMMANDER STUART MAISLIN, GERALD CHALEFF and DOES 1 through 10, inclusive | **CERTIFICATE OF INTERESTED PARTIES BY DEFENDANTS CITY OF LOS ANGELES, CHIEF WILLIAM BRATTON, COMMANDER STUART MAISLIN, AND GERALD CHALEFF** |
| Defendants. | |

/ / /

1

**TO THE HONORABLE COURT, AND ALL PARTIES:**

The undersigned, counsel of record for Defendants, certify that the following listed parties have a direct, pecuniary interest in the outcome of the case:

1. The City of Los Angeles (including the Los Angeles Police Department),
2. Chief William Bratton,
3. Commander Stuart Maislin, and
4. Gerald Chaleff.
5. 

These representations are made to enable the Court to evaluate disqualification or recusal.

Dated: February 2, 2011

CARMEN A. TRUTANICH, City Attorney
GARY G. GEUSS, Chief Assistant City Attorney
DANIEL P. AGUILERA, Deputy City Attorney

By: _____
JENNIFER S. PUCHER
Assistant City Attorney

Attorneys for Defendants,
City of Los Angeles, *et al.*