McNICHOLAS & McNICHOLAS, LLP
Matthew S. McNicholas, Esq. – State Bar No. 190249
Catherine B. Schmidt, Esq. – State Bar No. 212827
10866 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90024-4338
Tel: (310) 474-1582
Fax: (310) 475-7871

Attorneys for Plaintiff
Teresa Anderson

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA ANDERSON,<br><br>Plaintiff,<br><br>v.<br><br>LOS ANGELES POLICE DEPARTMENT, CITY OF LOS ANGELES, CHIEF WILLIAM BRATTON, COMMANDER STUART MAISLIN, GERALD CHALEFF, and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO.: CV11-00039-JAK (AGRx)<br><br>**STIPULATION FOR DISMISSAL**<br><br>(JS-6) |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel as follows:

That the above captioned matter be and is hereby dismissed with prejudice, against the defendants Los Angeles Police Department, City of Los Angeles, Chief William Bratton, Commander Stuart Maislin, Gerald Chaleff, and all of its departments, commissions, boards, bureaus, officials, officers, agents and

employees, whether name or unnamed, served or unserved, pursuant to Federal Rule 41(a) of the Federal Rules of Civil Procedure, with each side to bear its own costs.

This Stipulation may be signed in counterparts, and a faxed or emailed copy may be used as if it were an original.

**IT IS SO STIPULATED:**

Dated: December 1, 2011        McNICHOLAS & McNICHOLAS, LLP

By: _____
Matthew S. McNicholas
Catherine B. Schmidt
Attorneys for Plaintiff
Teresa Anderson

Dated: December 1, 2011        CARMEN TRUTANICH, City Attorney
GARY G. GEUSS, Chief. Assist. City Attorney
DANIEL P. AGUILERA, Super. Dep. City Attorney
BETH D. CORRIEA, Deputy City Attorney

By: _____
Beth D. Corriea
Attorneys for Defendants
City of Los Angeles, et al

IT IS SO ORDERED.
DATED _____
December 6, 2011
UNITED STATES DISTRICT JUDGE

2
Stipulation for Dismissal